# ELECTRONIC RECORD

COA # 05-14-00562-CR          OFFENSE: 21.11

STYLE: Todd Allen Reich v. The State of Texas          COUNTY: Collin

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 199th Judicial District Court

DATE: 07/24/15          Publish: NO     TC CASE #:     199-80306-2013

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Todd Allen Reich v. The State of Texas          CCA #: 1081-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**